IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD MICKENS,<br>    Plaintiff,<br>  v.<br>MINISTER MACHINE CO.,<br>    Defendant. | Civ. Action No. 05-2579 |
| RONALD MICKENS,<br>    Plaintiff,<br>  v.<br>LANEKO ENGINEERING CO., et al.,<br>    Defendants. | Civ. Action No. 06-2716 |

**MEMORANDUM/ORDER**

And now, this 31st day of January, 2007, upon consideration of plaintiff's unopposed motions to consolidate, it is hereby ORDERED that these two actions shall be CONSOLIDATED under *Ronald Mickens v. Minister Machine Co., et al.*, Civil Action No. 05-2579, and the Clerk of Court shall amend the caption accordingly.

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.